**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Ayala,<br><br>            Plaintiff,<br><br>      v.<br><br>Infinity Insurance Company,<br><br>            Defendant. | CV 09-3744-RSWL<br><br>ORDER TO SHOW CAUSE RE: JURISDICTION |

The Court orders that both Parties submit a written update advising the Court as to whether jurisdiction is still proper in this Court.  At the May 5, 2010 hearing the Court granted Defendant's Motion for Partial Summary Judgment as to the second cause of action.  The Court asked both parties whether it retained jurisdiction over the remaining cause of action.

///

///

///

1

```
 1        The parties shall have until June 11, 2010 to
 2   respond to this Court in writing.
 3
 4   DATED: June 2, 2010
 5
 6   **IT IS SO ORDERED.**
 7
 8                                    /s/
                        _____
 9                         **HONORABLE RONALD S.W. LEW**
10                         Senior, U.S. District Court Judge
```